410 A.2d 776

**Paul W. AITKENHEAD et al., Appellants,**

**v.**

**The MUNICIPAL AUTHORITY OF the BOROUGH OF WEST VIEW.**

Supreme Court of Pennsylvania.

Argued March 6, 1980.

Decided April 10, 1980.

Samuel G. Weiss, Jr., Weiss, Weiss & Weiss, Lebanon, for appellant.

Fred E. Baxter, Jr., J. Jerome Mansmann, Jane Dale Ressler, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Order affirmed. Each party to pay own costs.

FLAHERTY, J., did not participate in the consideration or decision of this case.